# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
## OMAHA DIVISION

| | | |
|---|---|---|
| **MICHAEL L. McCLEARY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CV42** |
| vs. | ) | |
| | ) | |
| **NEBRASKA NORTHEASTERN** | ) | **ORDER** |
| **RAILWAY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's motion to extend the discovery deadline from August 1, 2005 to September 23, 2005. Counsel advises that the extension will not delay the final pretrial conference or trial. For good cause shown, and upon the representation that there is no objection, I find that the motion should be granted.

**IT IS ORDERED** that plaintiff's motion (#45) is granted. The discovery deadline is hereby extended to September 23, 2005.

**DATED July 20, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**