IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. McCLEARY,<br><br>    Plaintiff,<br><br>vs.<br><br>NEBRASKA NORTHEASTERN<br>RAILWAY COMPANY,<br><br>    Defendant. | Case No. 8:04CV42<br><br>**ORDER** |

THIS MATTER is before the court on its own motion to reschedule the October 17, 2005 final pretrial conference.

**IT IS ORDERED:**

1. The final pretrial conference is rescheduled to **Friday, October 14, 2005 at 1:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 2nd day of August 2005.

            BY THE COURT:

            s/ F. A. Gossett
            United States Magistrate Judge