IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL L. McCLEARY, | ) | Case No. 8:04cv42 |
| | ) | Case No. 8:05cv78 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NEBRASKA NORTHEASTERN | ) | |
| RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by John Mullen, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **October 14, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Honorable Laurie Smith Camp at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the cases;

2. Absent compliance with this order, these cases (including all counterclaims and the like) may be dismissed without further notice; and

3. All matters scheduled are cancelled upon the representation that these cases are settled.

Dated this 14th day of September 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge